IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:14-cv-89

KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,

    Plaintiff,

vs.

PAUL R. BURKS, DAWN WRIGHT-OLIVARES, DANIEL OLIVARES, ALEXANDRE DE BRANTES, DARRYLE DOUGLAS, and BETH C. PLYLER AND JAMES L. QUICK in their capacity as Co-Trustees of the Roger A. Plyler Revocable Trust and Co-Administrators of the Estate of Roger Anthony Plyler,

    Defendants.

**ORDER**

**THIS MATTER** comes before the Clerk of Court on the Receiver's Motion for Default Judgment by Clerk of Court (Doc No. 34). The Clerk of Court previously entered default against Defendant Darryle Douglas on July 3, 2014 (Doc No. 33). In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff in this matter has requested a sum certain and has provided an affidavit showing the amount due by Defendant Darryle Douglas.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment by Clerk of Court is GRANTED, and the Receiver shall have and recover of Defendant Darryle Douglas the sum of Two Million Two Hundred Seventy-One Thousand Two Hundred Thirty-Nine Dollars and Twenty Cents ($2,271,239.20), which consists of One Million Nine Hundred Seventy-One Thousand Three Hundred Seventy-Four Dollars and Twenty-Seven Cents ($1,971,

374.27) in principal and Two Hundred Ninety-Nine Thousand Eight Hundred Sixty-Four Dollars and Ninety-Three Cents ($299,864.93) in prejudgment interest from August 15, 2012 to July 10, 2014. Postjudgment interest shall accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Signed: September 4, 2014

Frank G. Johns, Clerk
United States District Court